ACCEPTED
04-15-00557-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/4/2015 7:00:05 PM
KEITH HOTTLE
CLERK

No. ___04-15-00557-CV___

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

9/4/2015 7:00:05 PM
KEITH E. HOTTLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE FOURTH DISTRICT OF TEXAS
# SAN ANTONIO, TEXAS

## In Re Stephanie Rios, *Relator*

Original Proceedings from the County Court at Law,
Sitting as a Probate Court, Starr County, Texas
The Honorable Romero Molina Presiding
From Cause No. PR-14-016

## Emergency Motion to Abate Further
## Proceedings and to Preserve the Docket Control Order

Flor E. Flores
**THE LAW FIRM OF FLOR E. FLORES, PLLC**
700 N. Flores St., Ste. E
Rio Grande City, Texas 78582
Tel: (956)263-1786
Fax: (956)263-1750
Email: ffloreslaw@gmail.com

*Attorney for Stephanie Rios, Relator*

NO. _____

| | | |
|---|---|---|
| IN RE STEPHANIE RIOS, | § | |
| | § | |
| *Relator* | § | |
| | § | Fourth Court of Appeals |
| County Court at Law, sitting as a | § | San Antonio, Texas |
| Probate Court and Hon. Romero Molina, | § | |
| | § | |
| *Respondent* | § | |

## EMERGENCY MOTION TO ABATE FURTHER PROCEEDINGS AND TO PRESERVE THE DOCKET CONTROL ORDER

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, STEPHANIE RIOS, Relator herein, and moves this Court to abate all further proceedings in the County Court at Law, sitting as a Probate Court, of Rio Grande City, Starr County, Texas in Cause No. PR-14-16, styled *In the Estate of Artemio Rios*, and to preserve the Docket Control Order signed on July 23, 2015, and for cause of action will show unto this Court as follows:

STEPHANIE RIOS has filed a Petition for Writ of Mandamus at the same time as the filing of this motion with his Honorable Court, requesting the issuance of a writ directing the Honorable Romero Molina, County Court at Law, sitting as a Probate Court, to vacate its order entered in Cause No. PR-14-16 on September 1, 2015, ordering Relator, her biological brother Artemio Rios, Jr. and a non-party Hugo Alaniz, Jr. to make themselves available for depositions on or before September 10, 2015.

Furthermore, Relator requests that this Court issue a writ abating the any further proceedings in Cause No. PR-14-16, including the trial scheduled for September 17, 2015 at 9:30 a.m., until this Court rules on Relator's Petition for Writ of Mandamus.

Relator further requests that this Court preserve the Docket Control Order entered by the County Court at Law on July 23, 2015 in Cause No. PR-14-16, and preserve all of the deadlines imposed on said Order, prohibiting Real Party in Interest from engaging in discovery, including, but not limited to noticing depositions. Said Docket Control Order was entered by Relator and Real Party in Interest by agreement, after several resets were requested by Real Party in Interest and granted by the trial court over Relator's objections. Said Docket Control Order was specifically entered to avoid further delays and avoid any more requests for continuances by Real Party in Interest, after Real Party in Interest had had ample and sufficient time to conduct discovery in this case. Said docket control order further set a deadline to complete discovery thirty (30) days before trial, as per the Texas Rules of Civil Procedure.

**WHEREFORE, PREMISES CONSIDERED, STEPHANIE RIOS**, Realtor herein, prays that this Court vacate the September 1, 2015 order, abate the depositions to be taken on or before September 10, 2015, abate the trial scheduled for September 17, 2015, and abate any and all other further proceedings before the

County Court at Law of Rio Grande City, Starr County, Texas in Cause No. PR-14-16, and for any and all other relief, in law or in equity, to which Relator may be justly entitled to.

Respectfully Submitted,

**/S/FLOR E. FLORES**
Flor E. Flores
State Bar No. 24065235

**THE LAW FIRM OF FLOR E. FLORES, PLLC**
700 N. Flores St., Ste. E
Rio Grande City, Texas 78582
Tel:  (956)263-1786
Fax: (956)263-1750
Email:  ffloreslaw@gmail.com

*Attorney for Stephanie Rios, Relator*

## CERTIFICATE OF SERVICE

I, Flor E. Flores, certify that on this the 4th day of September, 2015, I served, with prior notice, a copy of this ***Motion to Abate Further Proceedings and to Preserve the Docket Control Order***, to all required parties as per the Texas Rules of Civil Procedure and Texas Rules of Appellate Procedure, as follows:

**VIA CMRRR NO:**
Hon. Romero Molina
504 N. Britton Ave.
Rio Grande City, Texas 78582

**VIA ELECTRONIC MAIL**: gilberto@gilbertofalconlaw.com
Gilberto Falcon
**THE LAW OFFICE OF GILBERTO FALCON, PLLC**
320 Lindberg Ave.
McAllen, Texas 78501
*Attorney for Real Party in Interest Maria Adriana Flores*

**VIA ELECTRONIC MAIL**: robieflores@att.net
Roel "Robie" Flores
**FLORES ATTORNEYS AT LAW**
3331 N. Ware Rd.
McAllen, Texas 78501
*Attorney for Real Party in Interest Maria Adriana Flores*

**VIA ELECTRONIC MAIL**: garzalawoffice@aol.com
Minerva Garza
**LAW OFFICE OF BALDEMAR GARZA AND MINERVA GARZA, PLLC**
200 East Second Street
Rio Grande City, Texas 78582
*Attorney Ad Litem for Unknown Heir of Artemio Rios, Deceased*

**/S/FLOR E. FLORES**